

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 12, 2025

**BY ECF AND E-MAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. De La Cruz Valdez*, 25 Cr. 374 (PAE)

Dear Judge Engelmayer:

      The parties write to request that the status conference in the above-captioned case that is scheduled for Monday, December 15, 2025 at 10:00 a.m., be adjourned for approximately 30 days. The parties are actively engaged in plea negotiations that they are hopeful will result in a pre-trial disposition of the case.

      If the Court is inclined to grant the parties' request, the Government also respectfully requests that time be excluded through the date of the newly-scheduled conference. The Government submits that the interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because such an exclusion will allow the parties an opportunity to continue to engage in pretrial resolution negotiations. The defense consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
    Maggie Lynaugh
    Brandon Thompson
    Assistant United States Attorneys
    (212) 637-2448

GRANTED. The conference is adjourned until **January 20, 2026,** at **noon**. The Court excludes time until that date, pursuant to 18 U.S.C. 3161(h)(7)(A), to enable the parties to pursue discussions towards a potential disposition of this case. The Clerk of Court is requested to terminate the motion at Dkt. No. 20.

12/12/2025

SO ORDERED.

_____
    PAUL A. ENGELMAYER
    United States District Judge