THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

August 26, 2026

***Via* ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Lewis Makey de la Cruz Valdez,,* 25 Cr. 374 (PAE)

Dear Judge Engelmayer,

I write with the consent of the government to adjourn Mr. de la Cruz Valdez's sentencing from September 10, 2026, to November 13, 16, or 18, 2026. This is the defense's first request to adjourn the sentencing.

The defense needs additional time to prepare his sentencing memorandum. I recently returned from a vacation this week intending to complete the sentencing memorandum, however, I am still awaiting some additional information relevant to sentencing from Mr. de la Cruz Valdez's family and/or friends. In addition, while I was away Mr. de la Cruz Valdez expressed a need to meet with me again prior to me submitting any sentencing materials. Accordingly, we respectfully request that the Court adjourn Mr. de la Cruz Valdez's sentencing to November 13, 16, or 18, 2026, if the Court is available.

Respectfully submitted,

/s/

César de Castro

cc: All Parties (*via* ECF)

**GRANTED.** The Court reschedules sentencing for Tuesday, **November 17, 2026**, at **11:00 a.m.** a date and time on which the Court has confirmed counsel are available. The Clerk of Court is requested to terminate the motion at Dkt. No. 31.

SO ORDERED. 9/2/2026

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge